```
 1  K. Randolph Moore, SBN 106933                    ** E-filed April 21, 2011 **
    Tanya E. Moore, SBN 206683
 2  MOORE LAW FIRM, P.C.
    332 North Second Street
 3  San Jose, California  95112
    Telephone (408) 298-2000
 4  Facsimile (408) 298-6046
 5  Attorneys for Plaintiff
    Michael Holbrook
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  MICHAEL HOLBROOK,            )   No.  5:10-CV-05255-HRL
                                 )
12          Plaintiff,           )   STIPULATION AND [PROPOSED]
                                 )   ORDER TO FILE SECOND AMENDED
13      vs.                      )   COMPLAINT
                                 )
14  MANUEL RODRIGUES, et al.     )
                                 )
15          Defendants.          )
                                 )
16  _____)
```

17      IT IS HEREBY STIPULATED by and between the parties to this action, through their

18  respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of

19  which is attached hereto.

20      IT IS FURTHER STIPULATED that Plaintiff shall file his Second Amended

21  Complaint within ten (10) days of the entry of the Order hereon.  Defendants shall have

22  twenty-one (21) days from the date of service of the Second Amended Complaint within which

23  to file their responsive pleadings.

24      IT IS SO STIPULATED.

25  Dated:  March 25, 2011            MOORE LAW FIRM, PC

26

27                                    By:  /s/ Tanya E. Moore
                                           Tanya E. Moore
28                                         Attorneys for Plaintiff Michael Holbrook

*Holbrook v. Rodrigues, et al.*
Stipulation and Order to File Second Amended Complaint

Page 1

| | | |
|---|---|---|
| 1 | Dated: April 8, 2011 | WILLIS DEPASQUALE, LLP |
| | | |
| | | By: /s/ E. Forrest Shryock, Jr. |
| | | E. Forrest Shryock, Jr. |
| | | Attorneys for Defendants |
| | | Manual Rodrigues and Carlos Rodrigues, |
| | | dba Ace Hardware |
| 7 | Dated: April 8, 2011 | TONE & TONE |
| | | |
| | | By: /s/ Jeffry P. Tone |
| | | Jeffry P. Tone |
| | | Attorneys for Defendant |
| | | R.J. Dyer Real Property Investments |
| | | Corporation |

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** that the Second Amended Complaint be filed within (10) days of the date of this Order, and that responsive pleadings be filed within twenty-one (21) days of service of the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 21, 2011

_____
UNITED STATES DISTRICT COURT JUDGE
HOWARD R. LLOYD
United States Magistrate Judge

*Holbrook v. Rodrigues, et al.*
Stipulation and Order to File Second Amended Complaint

Page 2