K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

** E-filed June 21, 2011 **

Attorneys for Plaintiffs
Michael Holbrook

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLBROOK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL RODRIGUES, et al.,<br><br>　　　　Defendants. | No: 5:10-CV-05255-HRL<br><br>**STIPULATION FOR DISMISSAL OF MANUEL RODRIGUES AND CARLOS RODRIGUES dba ACE HARDWARE; [PROPOSED] ORDER** |

　　**IT IS HEREBY STIPULATED** by and between Plaintiff Michael Holbrook ("Plaintiff") and Defendants Manuel Rodrigues and Carlos Rodrigues dba Ace Hardware ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants be dismissed with prejudice from this action.

　　**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce

/
/
/
/

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

| | |
|---|---|
| Date: June 20, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore<br>Tanya E. Moore<br>Attorney for Plaintiffs<br>Alma Clarisa Hernandez, Theresa Wallen, and Ronald Moore |
| Date: June 20, 2011 | WILLIS DePASQUALE, LLP |
| | /s/ James R. Kula<br>James R. Kula, Attorneys for Defendants Manuel Rodrigues and Carlos Rodrigues dba Ace Hardware |

### ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Michael Holbrook and Defendants Manuel Rodrigues and Carlos Rodrigues shall comply with the terms of the Confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Michael Holbrook and Defendants Manuel Rodrigues and Carlos Rodrigues, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Defendants Manuel Rodrigues and Carlos Rodrigues dba Ace Hardware are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: June 21, 2011

~~United States District Court Judge~~
HOWARD R. LLOYD
United States Magistrate Judge

*Holbrook v. Manuel Rodrigues, et al.,*
Stipulation for Dismissal; ~~[Proposed]~~ Order